# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br> v. <br><br> BETA PROPERTY INVESTMENTS LLC, et al., <br><br> Defendants. | Case No. 1:18-cv-00805 AWI JLT <br><br> **ORDER CLOSING THE ACTION** <br><br> **(Doc. 4)** |

The plaintiffs have filed a notice of voluntary dismissal. (Doc. 4) No defendant has appeared in this action. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

   Dated: **August 9, 2018**     **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE